

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00534-CR

Michael Hurley **YOUNG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-22-0308
Honorable Kirsten Legore, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 9, 2025.

_____
Rebeca C. Martinez, Chief Justice